1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11  BRADLEY JAMES MUCH,                Case No. CV 16-0863 VAP (SS)

12                Plaintiff,           **ORDER ACCEPTING FINDINGS,**

13       v.                            **CONCLUSIONS AND RECOMMENDATIONS**

14  MICHAEL LANGSTON, et al.,          **OF UNITED STATES MAGISTRATE**

15                Defendants.          **JUDGE**

16

17       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Fourth

18  Amended Complaint, all the records and files herein and the Amended

19  Report and Recommendation of the United States Magistrate Judge.

20  The time for filing Objections to the Amended Report and

21  Recommendation has passed and no Objections have been received.

22  Accordingly, the Court accepts and adopts the findings, conclusions

23  and recommendations of the Magistrate Judge.

24  \\

25  \\

26  \\

27  \\

28  \\

1       IT IS ORDERED that Judgment shall be entered dismissing this

2   action with prejudice.

3

4       IT IS FURTHER ORDERED that the Clerk serve copies of this

5   Order and the Judgment herein on Plaintiff at his current address

6   of record and on counsel for Defendants.

7

8       LET JUDGMENT BE ENTERED ACCORDINGLY.

9

10  DATED:  November 09, 2018

11

12                  VIRGINIA A. PHILLIPS

13                  CHIEF UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28