**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRADLEY JAMES MUCH, | Case No. CV 16-0863 VAP (SS) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MICHAEL LANGSTON, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: November 09, 2018

_____
VIRGINIA A. PHILLIPS
CHIEF UNITED STATES DISTRICT JUDGE